UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,         :

          -against-                     :

                                                :         22-CR-403 (VSB)

FLOYD SOMERVILLE,                  :

                                                :              **ORDER**

                             Defendant.   :

                                                  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of Defendant Floyd Somerville's pro se motion to modify and terminate his imposed term of supervised release.  (Doc. 4.)  If the Government intends to respond, it should do so on or before November 21, 2022.

SO ORDERED.

Dated:  November 7, 2022
           New York, New York

                                                                   Vernon S. Broderick
                                                                     United States District Judge