

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2022

**BY ECF**

The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Floyd Somerville*, 22 Cr. 403 (VSB)

Dear Judge Broderick:

    The Government writes with respect to the defendant's motion to modify and terminate his imposed term of supervised release, *see* ECF No. 4 (the "Motion"), to which the Court ordered the Government to respond by November 21, 2022, *see* ECF No. 5. This matter was assigned to the undersigned attorney today. Accordingly, the Government respectfully requests that the deadline to respond to the Motion be extended, *nunc pro tunc*, to December 9, 2022, to allow the Government time to obtain and review the records needed to respond to the Motion and prepare its response.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Jerry J. Fang
Assistant United States Attorney
(212) 637-2584

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  11/23/2022

Cc:    Floyd Somerville (by mail)