

U.S. Department APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
United States
Southern D VERNON S. BRODERICK
The Silvio J. Mo U.S.D.J. 12/8/22
One Saint Andrew's Plaza
New York, New York 10007

December 7, 2022

**BY ECF**

The Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Floyd Somerville*, 22 Cr. 403 (VSB)

Dear Judge Broderick:

    The Government writes with respect to the defendant's motion to modify and terminate his imposed term of supervised release, *see* ECF No. 4 (the "Motion"), which is currently due by December 9, 2022. The Government respectfully requests that the deadline be adjourned by four weeks, to January 6, 2023, in order to allow the Government additional time to obtain and review the records from the Northern District of Alabama (some of which date back to 2005) needed to prepare its response.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Jerry J. Fang
    Assistant United States Attorney
    (212) 637-2584

Cc:    Floyd Somerville (by mail)